**FIRETRACE USA, LLC, F.I.R.E. Panel, LLC, and Firetrace Aerospace, LLC, Plaintiffs–Appellants,**

v.

**Lawrence JESCLARD, Candice Jesclard, and Hazard Protection Systems, Inc., Defendants–Appellees.**

No. 2008–1379.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2008.

Lawrence G. Scarborough, Bryan Cave LLP, of Phoenix, AZ, argued for plaintiffs-appellants. With him on the brief was J. Alex Grimsley.

Shane D. Buntrock, Rowley Chapman Barney & Buntrock, Ltd., of Mesa, AZ, argued for defendants-appellees. With

him on the brief was Jordan K. Rolfe. Of counsel on the brief were Paul S. Rowley; and Paul G. Ulrich, Paul G. Ulrich, P.C., of Phoenix, AZ.

LOURIE, SCHALL, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.